UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**Williams,**

              Plaintiff,                    19CV9108 (NSR)(LMS)

    -against-

**Commissioner of Social Security,**

             Defendant.
-------------------------------------------------------------X
**LISA MARGARET SMITH, U.S.M.J.**

In accordance with the Court's September 9, 2020, Order, Plaintiff's reply papers were to be served and filed by September 15, 2020. Docket # 27. To date, Plaintiff has neither filed reply papers nor requested an extension of time in which to do so. As today is the undersigned's last day on the bench, Plaintiff is hereby notified that if she wishes to seek an extension of time in which to file reply papers, she will have to make her request once the new Magistrate Judge presiding over her case takes the bench.

Dated: September 30, 2020
       White Plains, New York

                                          **SO ORDERED,**

                                          Lisa Margaret Smith
                                          United States Magistrate Judge
                                          Southern District of New York